# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 6, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

      Re:  Timothy Earl Simmons
           v. Texas
           No. 14-8732
           (Your No. W98-45522T(A))

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 8, 2015 and placed on the docket March 6, 2015 as No. 14-8732.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk